IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHAGENDRA GHARTI-CHHETRY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BOARD OF IMMIGRATION APPEALS, *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. _____ |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Emergency Application for a Stay of Agency Action or a Temporary Restraining Order and Preliminary Injunction, and for good cause shown therein, the Court hereby—

_____ GRANTS Plaintiff's application for a [temporary administrative] stay and ORDERS that the Board of Immigration Appeal's September 10, 2025 order suspending Plaintiff from practicing before the Board, the Immigration Courts, and the Department of Homeland Security is STAYED until further order of this Court.

_____ GRANTS Plaintiff's application for a Temporary Restraining Order and ORDERS that that Defendants, their agents, and their employees are ENJOINED from enforcing the Board of Immigration Appeal's September 10, 2025 order suspending Plaintiff from practicing before the Board, the Immigration Courts, and the Department of Homeland Security for a period of fourteen (14) days from the entry of this order.

_____
Judge, U.S. District Court