UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHAGENDRA GHARTI-CHHETRY,<br><br>   Plaintiff,<br><br>   v.<br><br>BOARD OF IMMIGRATION APPEALS, et al.,<br><br>   Defendant. | Civil Action No. 25-3361 (DLF) |

## JOINT STATUS REPORT

Plaintiff and Defendants, by their respective counsel, respectfully submit this Joint Status Report.

Pursuant to the Court's September 23, 2025, Minute Order, counsel for Plaintiff and Defendants met and conferred regarding Plaintiff's Emergency Application for a Stay of Agency Action or a Temporary Restraining Order and Preliminary Injunction ("Emergency Motion") and have reached the following agreement:

1. Defendants agree to stay the effectiveness of the challenged Board of Immigration Appeals' order imposing a sixty-day suspension on Plaintiff until such time as the Court resolves the parties' anticipated cross-motions for summary judgment.

2. Plaintiff agrees to withdraw his Emergency Motion (ECF No. 3), which the Court denied without prejudice based on the parties' representations during the September 23, 2025, scheduling conference.

3. Plaintiff and Defendants jointly request the Court's leave to excuse Defendants from filing an answer to the complaint and consider Defendants' upcoming motion for summary judgment as responsive pleadings to the complaint.

4. Plaintiff and Defendants respectfully request that the Court set the following briefing schedule for the parties' cross-motions for summary judgment:

- October 31, 2025: Defendants serve Plaintiff with the certified administrative record and file a certified index of the administrative record with the Court;

- December 11, 2025: Defendants file and serve their motion for summary judgment;

- January 12, 2026: Plaintiff files and serves a combined cross-motion for summary judgment and opposition to Defendants' motion for summary judgment;

- February 12, 2026: Defendants file and serve a combined reply in support of their motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment;

- March 5, 2026: Plaintiff files reply in support of his cross-motion for summary judgment;

- March 12, 2026: Plaintiff files joint appendix consistent with Local Civil Rule 7(n).

Dated: September 23, 2025

/s/ Kristen Farr

Judah J. Ariel (DC Bar No. 995351)[1]
ARIEL LAW
751 Fairmont St. NW #3
Washington, DC 20001
(202) 681-3032
judah@ariel-law.com

Kristen Farr (DC Bar No. 974953)
THE LAW FIRM OF KRISTEN J. FARR
1325 G St. NW, Suite 500
Washington, DC 20005
(202) 592-5512
kristen@farrlegal.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /By Permission/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*

---

[1] Admitted pro hac vice