INDEX

Attorney Discipline

Khagendra Gharti-Chhetry

D2020-0024 D2021-0079

Page

Decision of the Board of Immigration Appeals,
    September 10, 2025 ...................................................................................................... 1

Respondent's Opposition to the Government's Request for Publication,
    May 19, 2025 ................................................................................................................. 9

Government's Request for Publication,
    May 8, 2025 ................................................................................................................. 14

Respondent's Motion to Accept Reply Brief,
    April 23, 2024 ............................................................................................................. 18

Respondent's Reply Appeal Brief,
    April 23, 2024 ............................................................................................................. 21

Government's Response Brief,
    April 8, 2024 ............................................................................................................... 28

Respondent's Appeal Brief,
    March 12, 2024 ........................................................................................................... 49

In Practitioner Disciplinary Proceedings Extension of Time to File Brief,
    February 15, 2024 ....................................................................................................... 88

Respondent's Motion for Extension of Time to Submit Brief in Support of Appeal,
    February 14, 2024 ....................................................................................................... 90

In Practitioner Disciplinary Proceedings Briefing Schedule,
    January 18, 2024 ......................................................................................................... 97

Transcript of Hearing,
    February 15, 2023 ..................................................................................................... 100

Transcript of Hearing,
    June 9, 2023 .............................................................................................................. 116

Transcript of Hearing,
    September 26, 2023 ...................................................................................................127

In Practitioner Disciplinary Proceedings Briefing Schedule,
    November 6, 2023......................................................................................................140

Notice of Appeal from a Decision of an Adjudicating Official in a Practitioner Disciplinary Case,
    November 2, 2023......................................................................................................142

Notice of Entry of Appearance as Attorney or Representative,
    November 2, 2023......................................................................................................146

Memorandum of Decision and Order,
    October 3, 2023..........................................................................................................150

Order of the Immigration Judge,
    October 3, 2023..........................................................................................................173

Hearing Conference Notice,
    September 18, 2023 ...................................................................................................176

Order of the Immigration Judge,
    September 15, 2023 ...................................................................................................179

Respondent's Reply to Government's August 31, 2023 Submission,
    September 12, 2023 ...................................................................................................181

Government's Reply to Respondent's Pre-Hearing Letter to the Court and Supplemental Declaration,
    August 31, 2023 .........................................................................................................187

Respondent's Pre-Hearing Letter to the Court and Supplemental Declaration,
    August 28, 2023 .........................................................................................................193

Government's Supplemental Pre-Hearing Brief,
    August 21, 2023 .........................................................................................................200

Government's Witness List,
    August 21, 2023 .........................................................................................................206

Hearing Conference Notice,
    June 13, 2023 .............................................................................................................210

Amended Motion to Withdraw as Counsel,
    June 12, 2023 .............................................................................................................213

Order of the Immigration Judge,
    May 24, 2023 ..................................................................................................216

Declaration of Dhanjaya Baral,
    May 20, 2023 ..................................................................................................223

Declaration of Dhanjaya Baral,
    May 18, 2023 ..................................................................................................225

Respondent's Motion to Accept Pre-Hearing Brief,
    May 18, 2023 ..................................................................................................231

Respondent's Pre-Hearing Brief in Opposition,
    May 18, 2023 ..................................................................................................234

Respondent's Pre- Hearing Exhibits,
    May 18, 2023 ..................................................................................................277

Government's Motion to Accept Pre-Hearing Brief,
    March 30, 2023 ..............................................................................................465

Government's Pre-Hearing Brief,
    March 30, 2023 ..............................................................................................468

Hearing Conference Notice,
    February 16, 2023 ..........................................................................................533

Representation Letter,
    February 13, 2023 ..........................................................................................536

Notice of Entry of Appearance as Attorney or Representative,
    February 8, 2023 ............................................................................................538

Order of the Immigration Judge,
    February 3, 2023 ............................................................................................553

Motion to Withdraw as Attorneys for Respondent,
    January 31, 2023 ............................................................................................555

Declaration of Lacje Prailow,
    August 23, 2022 ............................................................................................558

Board of Immigration Appeal Referral,
    August 23, 2022 ............................................................................................560

Board of Immigration Appeal Referral,
    August 22, 2022 ................................................................................................... 561

Decision of the Board of Immigration Appeals,
    August 15, 2022 ................................................................................................... 562

Respondent Khagendra Gharti-Chhetry's Answer to Notice of Intent of Discipline,
    July 29, 2022 ....................................................................................................... 565

In Practitioner Disciplinary Proceedings Extension of Time to File Answer,
    July 29, 2022 ....................................................................................................... 659

Government's Initial Evidentiary Exhibits,
    July 7, 2022 ......................................................................................................... 661

Amended Motion for Extension of Time to File Answer,
    July 6, 2022 ......................................................................................................... 952

Motion for Extension of Time to File an Answer,
    July 5, 2022 ......................................................................................................... 959

Notice of Intent to Discipline,
    June 9, 2022 ........................................................................................................ 966

Response to Preliminary Inquiry,
    April 23, 2021 ..................................................................................................... 990



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of Chief Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

Re:  Khagendra Gharti-Chhetry

D2020-0024
D2021-0079

I, Shannon Inglese, declare as follows:

1. I am employed as a Government Contractor by the Executive Office for the Immigration Review of the United States Department of Justice. I am authorized to certify the authenticity of copies of documents on file in the Office of the Immigration Judge, New York, New York.

2. The attached documents and media are true, correct and complete copies of the documents included in the Record of Proceeding to date, maintained in the above office on this case.

3. 0 Media was found in record.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed by: _____*Shannon Inglese*_____ on: 9/29/2025
　　　　　　　　　　(Signature)　　　　　　　　　　　　(Date)