UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHAGENDRA GHARTI-CHHETRY,<br><br>             Plaintiff,<br><br>     v.<br><br>BOARD OF IMMIGRATION APPEALS, et al.,<br><br>             Defendants. | Civil Action No. 25-3361 (DLF) |

## CONSENT MOTION FOR EXTENSION OF TIME AND TO AMEND BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by undersigned counsel, respectfully move this Court to amend the schedule governing briefing of cross-motions for summary judgment in this Administrative Procedure Act case. Pursuant to Local Civil Rule 7(m), the parties conferred, via counsel, and counsel for Plaintiff has advised that Plaintiff consents to the requested relief.

Under the current four-part briefing schedule, Defendants' deadline to file their motion for summary judgment is April 1, 2026, with the remaining deadlines at approximately four-week intervals. *See* Min. Order dated March 3, 2026. Defendants seek a 14-day extension of their filing deadline to April 15, 2026, with a corresponding adjustment of the remaining deadlines in the briefing schedule as set forth below. There is good cause to grant this request as undersigned counsel has competing deadlines in numerous other cases, including two cases where preliminary injunctions have been granted, and thus requires additional time to prepare the motion for summary judgment.

In light of the above, Defendants respectfully request that the Court adopt the following modified briefing schedule:

(1) Defendants shall file their motion for summary judgment on or before April 15, 2026;

(2) Plaintiff shall file a combined opposition and cross-motion for summary judgment on or before May 15, 2026;

(3) Defendants shall file a combined reply and cross opposition on or before June 15, 2026;

(4) Plaintiff shall file a cross reply on or before July 15, 2026; and

(5) The parties shall file a joint appendix on or before August 17, 2026.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the extension requested, and Plaintiff has consented to the request. This is Defendants' fourth motion to amend the briefing schedule, the first of which was filed before this case was assigned to the undersigned attorney. A proposed order is attached.

Dated: March 31, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


_____ */s/ Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7705
samuel.settle@usdoj.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KHAGENDRA GHARTI-CHHETRY,

      Plaintiff,

   v.                                Civil Action No. 25-3361 (DLF)

BOARD OF IMMIGRATION APPEALS, et al.,

   Defendants.

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for extension of time and to amend briefing schedule, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that the briefing schedule set forth in the Court's March 3, 2026, Minute Order is hereby modified as follows. The following schedule shall govern briefing of summary judgment: (1) Defendants shall file their motion for summary judgment on or before April 15, 2026; (2) Plaintiff shall file a combined opposition and cross-motion for summary judgment on or before May 15, 2026; (3) Defendants shall file a combined reply and cross opposition on or before June 15, 2026; (4) Plaintiff shall file a cross reply on or before July 15, 2026; and (5) the parties shall file a joint appendix on or before August 17, 2026.

SO ORDERED:

_____
Date

_____
DABNEY L. FRIEDRICH
United States District Judge

3