**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KHAGENDRA GHARTI-CHHETRY,

    *Plaintiff,*

    *v.*

BOARD OF IMMIGRATION APPEALS, *et al.*,

    *Defendants.*

)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-03361-DLF

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Khagendra Gharti-Chhetry hereby respectfully moves pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h)(2) for summary judgment for the reasons set out in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Cross-Motion for Summary Judgement and in Opposition to Defendants' Motion for Summary Judgment.

DATED: May 22, 2026

Respectfully Submitted,

/s/ Judah J. Ariel
Judah J. Ariel (DC Bar No. 995351)
ARIEL LAW
751 Fairmont St. NW #3
Washington, DC 20001
(202) 681-3032
judah@ariel-law.com

*Counsel for Plaintiff Khagendra Gharti-Chhetry*